# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Cazares-Romero,<br><br>Petitioner,<br><br>v.<br><br>Louis W. Winn, Jr.,<br><br>Respondent. | No. CV-12-00541-TUC-CKJ |

On September 12, 2013, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation (Doc. 9) in which she recommended denying Petitioner's Petitioner Under 28 U.S.C. §2241 for a Writ of Habeas Corpus by a Person in Federal Custody, (Doc. 1). No objections have been filed within the time provided by Federal Rule of Civil Procedure 72(b)(2).

Accordingly, after an independent review, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (Doc. 9) is ADOPTED.

2. Petitioner's Petition Under 28 U.S.C. §2241 for a Writ of Habeas Corpus by a Person in Federal Custody, (Doc. 1) is DISMISSED WITH PREJUDICE.

3. The Clerk of the Court shall enter judgment in this matter and close its file.

Dated this 10th day of October, 2013.

_____
Cindy K. Jorgenson
United States District Judge